484

UNITED STATES of America,
Plaintiff—Appellee,

v.

Kevin Percell LYONS, Defendant—
Appellant.

No. 09–7374.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 20, 2010.

Kevin Percell Lyons, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Percell Lyons appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lyons,* No. 5:05–cr–00101–F–1 (E.D.N.C. July 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*